SEALED

```
         ___ FILED          ___ RECEIVED
         ___ ENTERED        ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

              JUN 1 4 2010

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-CR-444-GMN (RJJ) |
| v. ) | |
| ) | |
| DANIEL R. MURRAY, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

On June 14, 2010, defendant DANIEL R. MURRAY pled guilty to Count One of a Nine-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud in violation of Title 18, United States Code, Section 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment.

This Court finds that DANIEL R. MURRAY shall pay a criminal forfeiture money judgment of $802,699.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from DANIEL R. MURRAY a criminal forfeiture money judgment in the amount of
3 $802,699.00 in United States Currency.

4  DATED this 14 day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE