DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   )<br>         Plaintiff, )<br>   )<br>vs. )<br>   )<br>DANIEL R. MURRAY, )<br>   )<br>         Defendant. )<br>_____ ) | Case No.: 2:09-cr-444-GMN-GWF<br><br>**UNITED STATES' UNOPPOSED AMENDED MOTION TO UNSEAL** |

The United States, by and through Daniel G. Bogden, United States Attorney, District of Nevada, and Brian Pugh and Sarah E. Griswold, Assistant United States Attorneys, submits this unopposed amended motion to unseal pursuant the court's July 22, 2013, order. The United States requests that the following docket entries and associated documents previously sealed now be unsealed: Minutes of Proceedings for change of plea (Doc. No. 20 (June 14, 2010)), Plea Memorandum (Doc. No. 21 (June 14, 2010)), and Order of Forfeiture (Doc. No. 22 (June 14, 2010)). The reasons for those documents to be sealed no longer exists. Defense counsel does not oppose this request.

DATED this 26th day of July, 2013.

                                                      Respectfully Submitted,

                                                      DANIEL G. BOGDEN
                                                    United States Attorney

                                                    /s/ Sarah E. Griswold
                                                    BRIAN PUGH
                                                    SARAH E. GRISWOLD
                                                    Assistant United States Attorneys

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DANIEL R. MURRAY, )<br>)<br>Defendant. )<br>_____) | Case No.: 2:09-cr-444-GMN-GWF<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES' UNOPPOSED AMENDED MOTION TO UNSEAL** |

The United States has moved to unseal various documents in this case on the basis that the reasons for those documents to be sealed no longer exists. The defense does not oppose the motion. Accordingly, the following docket entries and associated documents are hereby unsealed: Minutes of Proceedings for change of plea(Doc. No. 20 (June 14, 2010)), Plea Memorandum (Doc. No. 21 (June 14, 2010)), and Order of Forfeiture (Doc. No. 22 (June 14, 2010)).

IT IS SO ORDERED.

DATED: __August 2_____, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that the undersigned has served the foregoing UNITED STATES' UNOPPOSED AMENDED MOTION TO UNSEAL on counsel of record by means of electronic filing.

DATED this 26th day of July, 2013.

      /s/ Sarah E. Griswold
      Sarah E. Griswold