

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:09-CR-444-GMN-(GWF) |
| DANIEL R. MURRAY, | ) ) |
| Defendant. | ) ) |

### ORDER OF FORFEITURE

This Court found on June 15, 2010, that DANIEL R. MURRAY shall pay a criminal forfeiture money judgment of $802,699.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. 21; Order of Forfeiture, ECF No. 22.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DANIEL R. MURRAY a criminal forfeiture money judgment in the amount of $802,699.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1 | United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,
2 | United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).
3 | DATED this ⁄⁄ day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE